UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BP AMERICA INC., and ATLANTIC RICHFIELD COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>YERINGTON PAIUTE TRIBE; LAURIE A. THOM in her official capacity as Chairman of the Yerington Paiute Tribe; YERINGTON PAIUTE TRIBAL COURT; and SANDRA-MAE PICKENS in her official capacity as Judge of the Yerington Paiute Tribal Court,<br><br>Defendants. | Case No. 3:17-cv-0588-LRH-(WGC)<br><br>ORDER |

This is an action concerning whether defendants have tribal jurisdiction to pursue a civil action against plaintiffs in tribal court. Currently pending are three motions to dismiss by the defendants on the basis of tribal sovereign immunity and exhaustion of tribal remedies. *See* ECF Nos. 41, 51, 53.

The tribal court had scheduled a hearing in January 2018, to determine, in the first part, whether it has jurisdiction over the underlying tribal litigation. The outcome of that determination, as well as the ongoing proceedings in the tribal court, have an impact in this litigation and the parties' arguments for dismissal. Therefore, the parties are directed to meet and confer and file a joint status report within twenty (20) days of entry of this order and

1

inform the court about the status of the tribal litigation and the outcome of plaintiffs' motion to dismiss for lack of jurisdiction in the tribal court.

IT IS THEREFORE ORDERED that the parties shall, within twenty (20) days of entry of this order, file a joint status report in accordance with this order.

IT IS SO ORDERED.

DATED this 13th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE