UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BP AMERICA INC., and ATLANTIC
RICHFIELD COMPANY,

              Plaintiffs,

      v.

YERINGTON PAIUTE TRIBE; LAURIE A.
THOM in her official capacity as Chairman
of the Yerington Paiute Tribe; YERINGTON
PAIUTE TRIBAL COURT; and SANDRA-
MAE PICKENS in her official capacity as
Judge of the Yerington Paiute Tribal Court,

              Defendants.

Case No. 3:17-cv-0588-LRH-(WGC)

ORDER

      Before the court are defendant Sandra-Mae Pickens' motion to dismiss (ECF No. 26),

defendants Yerington Paiute Tribe and Laurie A. Thom's motion to dismiss (ECF No. 27), and

defendant Yerington Paiute Tribal Court's motion to dismiss (ECF No. 28) plaintiffs BP

America Inc. and Atlantic Richfield Company's complaint (ECF No. 1).

      However, after the filing of defendants' motions, plaintiff filed an amended complaint

with leave of court. *See* ECF No. 38. The filing of the amended complaint supersedes the

original complaint in its entirety. Further, the court notes and recognizes that defendants have

already filed new motions to dismiss the amended complaint which the court shall address in a

separate order. *See* ECF Nos. 41, 51, 53. Accordingly, defendants' present motions to dismiss the complaint are now moot and the court shall deny defendants' motions.

IT IS THEREFORE ORDERED that defendants' motions to dismiss (ECF Nos. 26, 27, 28) are DENIED.

IT IS SO ORDERED.

DATED this 16th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE