IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BP AMERICA, INC., and<br>ATLANTIC RICHFIELD COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>YERINGTON PAIUTE TRIBE; LAURIE A. THOM, in her official capacity as Chairman of the Yerington Paiute Tribe; YERINGTON PAIUTE TRIBAL COURT; and SANDRA-MAE PICKENS in her official capacity as Judge of the Yerington Paiute Tribal Court,<br><br>Defendants. | Case No. 3:17-cv-00588-LRH-WGC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00<br><br>**AND ORDER THEREON** |

1

Jennifer S. Allen, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Davis Graham & Stubbs LLP with offices at 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, (303) 892-9400, jennifer.allen@dgslaw.com.

2. That Petitioner has been retained personally or as a member of the law firm by BP America, Inc. and Atlantic Richfield Company to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 1, 2015, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Virginia (Inactive) | 10/14/2011 | 81795 |
| U.S. Court of Appeals for the Fourth Circuit | 2/11/2012 | |
| U.S. Court of Appeals for the D.C. Circuit | 7/16/2012 | 54249 |
| District of Colombia | 12/10/2012 | 1011289 |
| Colorado | 10/1/2015 | 48622 |
| U.S. District Court for the District of Colorado | 5/8/2017 | |
| U.S. District Court for the District of North Dakota | 11/28/2017 | |
| U.S. Court of Appeals for the Tenth Circuit | 4/11/2018 | |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: N/A

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give

particulars if ever denied admission): N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

Colorado Bar Association

District of Colombia Bar Association

8. Petitioner has not filed an application to appear as counsel in this Court under Local Rule IA 10-2 during the past three (3) years.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF COLORADO )
                  )
COUNTY OF DENVER  )

Jennifer S. Allen, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 9th day of May, 2018.

_____
Notary Public or Clerk of Court

DONNA KEULING
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984002759
MY COMMISSION EXPIRES FEBRUARY 10, 2022

3

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Robert A. Dotson, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

1 East First Street, Suite 1600
Reno, Nevada 89501
Phone: (775) 501-9400        Email: rdotson@dotsonlaw.legal

By this designation, the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Robert A. Dotson_____ as
                                              (name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_ , Sr. Counsel
(Party signature)
BP America

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

SBN-5285                    rdotson@dotsonlaw.legal
Bar Number                  Email address

4

APPROVED:
DATED this 11th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE



# Supreme Court
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Jennifer Savage Allen**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **1st** day of **October** A. D. **2015** and that at the date hereof the said **Jennifer Savage Allen** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **2nd** day of **May** A. D. **2018**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jennifer Savage Allen*

was duly qualified and admitted on **December 10, 2012** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 26, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Favo*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.