UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BP AMERICA, INC., and ATLANTIC RICHFIELD COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> YERINGTON PAIUTE TRIBE; LAURIE A. THOM in her official capacity as Chairman of the Yerington Paiute Tribe; YERINGTON PAIUTE TRIBAL COURT; and SANDRA-MAE PICKENS in her official capacity as Judge of the Yerington Paiute Tribal Court, <br><br> Defendants. | Case No. 3:17-cv-0588-LRH-(WGC) <br><br> ORDER |

Before the court is plaintiffs' motion for an extension of time to file a consolidated reply brief to defendants' oppositions to plaintiffs' motion to amend (ECF No. 80). ECF No. 83. Plaintiffs request leave to file a single, consolidated reply within seven days after the last defendants have filed a response to their motion to amend,[1] rather than several separate reply briefs. The court finds that a single, consolidated reply would promote judicial economy and would not prejudice any party. Therefore, good cause appearing, the court shall grant plaintiffs' motion for an extension of time.

---

[1] Several defendants have already filed separate responses to plaintiffs' motion to amend. *See* ECF No. 82. However, the remaining defendants have until August 27, 2018, to file any response with the court.

1

IT IS THEREFORE ORDERED that plaintiffs' motion for an extension of time (ECF No. 83) is GRANTED *nunc pro tunc*. Plaintiffs are granted leave to file a single, consolidated reply to any and all responses to plaintiff's motion to amend (ECF No. 80) within seven (7) days after the filing of the last defendant's response brief. Regardless, such reply shall be filed no later than Tuesday, September 4, 2018.

IT IS SO ORDERED.

DATED this 24th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE