UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BP AMERICA, INC., AND ATLANTIC RICHFIELD COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>YERINGTON PAIUTE TRIBE; LAURIE A. THOM, in her official capacity as Chairman of the Yerington Paiute Tribe; YERINGTON PAIUTE TRIBAL COURT; and SANDRA-MAE PICKENS in her official capacity as Judge of the Yerington Paiute Tribal Court,<br><br>Defendants. | Case No. 3:17-cv-00588-LRH-WGC<br><br>ORDER |

Before the court is a motion to for leave to file Exhibit A to Docket Number 98 under seal, filed by BP America Inc. ("BPA") and Atlantic Richfield Company ("ARC") (collectively "plaintiffs"). ECF No. 99. The motion is unopposed. After review and with good cause showing, the court **GRANTS** the motion. The clerk of court is instructed to file the document under seal.

IT IS SO ORDERED.

DATED this 13th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1