# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BP AMERICA, INC., and ATLANTIC RICHFIELD COMPANY,

Plaintiffs,

v.

YERINGTON PAIUTE TRIBE; LAURIE A. THOM, in her official capacity as Chairman of the Yerington Paiute Tribe; ALBERT ROBERTS, in his official capacity as Vice Chairman of the Yerington Paiute Tribe; ELWOOD EMM, LINDA HOWARD, NATE LANDA, DELMAR STEVENS, and CASSIE ROBERTS, in their official capacities as Yerington Paiute Tribal Council Members; DOES 1-25, in their official capacities as decision-makers of the Yerington Paiute Tribe; YERINGTON PAIUTE TRIBAL COURT; and CHERI EMM-SMITH in her official capacity as Judge of the Yerington Paiute Tribal Court,

Defendants.

Case No.: 3:17-cv-00588-LRH-WGC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

   The Court, having considered Plaintiffs BP America, Inc. and Atlantic Richfield Company's Unopposed Motion to Dismiss, hereby GRANTS the Motion, and ORDERS as follows:

1. This case is dismissed without prejudice;

2. The Confidential Settlement Agreement, filed under seal as Exhibit A to the Motion, is hereby incorporated by reference (the "Settlement Agreement"); and

3. The Court will retain jurisdiction over Plaintiffs and Defendant the Yerington Paiute Tribe to enforce the terms of the Settlement Agreement.

DATED this 13th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE